UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN SETH HARPER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WELL PATH, *et al*<br><br>　　　　　Defendants. | 1:21-cv-00558-NONE-HBK (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2)<br><br>ORDER DENYING SECOND MOTION TO PROCEED *IN FORMA PAUPERIS* as MOOT<br><br>(Doc. No. 4)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE KINGS COUNTY SHERIFF |

Plaintiff, a prisoner, initiated this action on April 1, 2021, by filing a *pro s*e civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1, Complaint). Plaintiff seeks leave to proceed *in forma pauperis* on his Complaint and submitted a copy of his prison trust fund statement in support. (Doc. Nos. 2, 4).[1] Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the statutory filing fee of $350.00 for this

---

[1] Plaintiff filed applications to proceed *in forma pauperis* on April 1 and April 14, respectively. (Doc. No. 2, 4). Because the Court is granting Plaintiff's earlier filed application, the Court will deny the later filed application as moot.

1

action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. 28 U.S.C. § 1915(b)(2). The Kings County Sheriff is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. *Id*.

According, it is **ORDERED**:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.
2. **Pursuant to 28 U.S.C. § 1915 (b)(1)The King County Sheriff or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00 until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by Plaintiff's name and the case number assigned to this action.**
3. The Clerk of the Court is directed to serve a copy of this Order and a copy of Plaintiff's *in forma pauperis* application (Doc. No. 2) on the Kings County Sheriff located at 1444 W. Lacey Blvd., P.O. Box 986 Hanford, CA 93232.
4. The Clerk of the Court is directed to serve a copy of this Order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.
5. Plaintiff's subsequent application to proceed *in forma pauperis* (Doc. No. 4) is **DENIED as moot**.

IT IS SO ORDERED.

Dated: April 19, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2