UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SETH HARPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELL PATH, ET. AL.,<br><br>　　　　　Defendants. | Case No.  1:21-cv-558-NONE-HBK<br><br>ORDER STRIKING PLAINTIFF'S UNSIGNED MOTION<br><br>(Doc. No.  9) |

Plaintiff Jonathan Seth Harper, an inmate proceeding *pro* se, initiated this action by filing a prisoner civil rights complaint under 42 U.S.C. § 1983.  (Doc.  No. 1).  The Court granted Plaintiff's motion to proceed *in forma pauperis*.  (Doc. No. 2).  Pending before the Court is Plaintiff's motion for a temporary restraining order or a preliminary injunction, filed on November 29, 2021.  (Doc. No. 9).  Notably, Plaintiff's motion is unsigned in contraction to Federal Rule of Civil Procedure 11.

Rule 11 requires all pleadings, written motions, and other papers be signed by at least one attorney of record or by a party personally if the party is unrepresented.  Fed. R. Civ. P. 11(a); Local Rule 131(b).  "The Court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention."  Fed. R. Civ. P. 11(b).  Here, considering Plaintiff does not have access to CM/ECF, the Court directs the Clerk to strike the unsigned motion.  To the extent Plaintiff wishes the Court to consider his motion, he must refile a

1 | signed motion.

2 |     Accordingly, it is **ORDERED**:

3 |     The Clerk of Court shall **strike** Plaintiff's unsigned motion (Doc. No. 9). Plaintiff may re-file a signed motion as appropriate.

Dated:    December 1, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE